# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>v.<br><br>DEVONTAE D. JOHNSON,<br><br>                              Defendant. | Case No. 15-CR-202-JPS<br><br><br><br>ORDER |

On January 15, 2016, Magistrate Judge Nancy Joseph issued a Report and Recommendation that the then assigned district judge, Rudolph T. Randa, accept the above-named Defendant's plea of guilty to the offense of possession of a firearm having been convicted of a crime punishable by a term of imprisonment exceeding one year. Thereafter, the case was randomly assigned by the Clerk of the Court to this branch for purposes of sentencing.

Accordingly,

IT IS HEREBY ORDERED that the Report and Recommendation of Magistrate Judge Nancy Joseph be and the same is hereby ADOPTED and Defendant's plea of guilty be and the same is herewith ACCEPTED;

IT IS FURTHER ORDERED that the Probation Office prepare a presentence report to be disclosed to counsel for the parties on or before Monday, March 14, 2016, and, if there be any objection to the report, the parties shall be granted until Friday, March 25, 2016, to submit such objection(s); should there be any objection, opposing counsel will be granted until Tuesday, March 29, 2016, to submit any response; objections and responses must be submitted directly to the Probation Office; and,

IT IS FURTHER ORDERED that a formal sentencing hearing will be held in Courtroom 425, 517 E. Wisconsin Ave., Milwaukee, Wisconsin, on Friday, April 1, 2015, at 8:30 AM.

Dated at Milwaukee, Wisconsin, on January 25, 2016.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge